IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 04-CV-02442-MSK-MJW**

JEFFREY DAVID GONYEA,

Plaintiff,

v.

JOHN DOE #1, Deputy Sheriff Jefferson County (Employee), et al

Defendants.

MINUTE ORDER

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion for Order for a Continuance (docket no. 40) is DENIED.

Date:  June 29, 2005