IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 04-CV-02442-MSK-MJW**

JEFFREY DAVID GONYEA,

Plaintiff,

v.

JOHN DOE #1, Deputy Sheriff Jefferson County (Employee), et al

Defendants.

MINUTE ORDER

It is hereby **ORDERED** that the Pro Se Incarcerated Plaintiff's Motion to Ammend[sic] Process of Service (docket no. 57) is **GRANTED.** This court will issue a separate written order to the U.S. Marshal Service to serve the fourth amended complaint upon Defendants Vince Barrea and Kurt McIntosh at the West Metro Task Force, 445 S. Allison Parkway, Lakewood, Colorado 80226.

It is **FURTHER ORDERED** that the Pro Se Incarcerated Plaintiff's Motion for Leave to Sue for Excessive Force and Neglegence [sic] (docket no. 58) is DENIED. The Pro Se Plaintiff has failed to provide this court with any legal basis for such amendment and has failed to provide this court with an Amended Complaint.

It is **FURTHER ORDERED** that a pro se litigant, such as Mr. Kays, is required to follow the same rules of procedure and orders of the court that govern other litigants. Oklahoma Federated Gold and Numismatics v. Blodgett, 24 F.3d 136, 139 (10th Cir. 1994)(internal citation omitted).

Date:  July 11, 2005