IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 04-CV-02442-MSK-MJW**

JEFFREY DAVID GONYEA,

Plaintiff,

v.

JOHN DOE #1, Deputy Sheriff Jefferson County (Employee), et. al

Defendants.

MINUTE ORDER

It is hereby ORDERED that the plaintiff's motion to compel, which was filed on July 22, 2005 (Docket No. 68), and which is entitled "Subpoena or Subpoena to Produce," is denied. Defendants state in their Response (Docket No. 70) that there is no tape of the booking area for November 11, 2003, at 9:00 p.m. - 12:00 p.m. Furthermore, plaintiff's request for "[a]ny and all deputies, all ranks, all medical personel [sic] names and times of employment" is overbroad. It is further

ORDERED that for all future discovery in this action, the plaintiff shall comply with the Federal Rules of Civil Procedure and the local rules of this court.

Date: August 2, 2005