IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 04-CV-02442-MSK-MJW**

JEFFREY DAVID GONYEA,

Plaintiff,

v.

JOHN DOE #1, Deputy Sheriff Jefferson County (Employee), et. al

Defendants.

MINUTE ORDER

It is hereby ORDERED that the plaintiff's "Petition for Disclosures of Records and Documents (copies of)," which was filed on September 29, 2005 (Docket No. 102), to the extent it is construed as a motion to compel, is denied without prejudice as premature. Rather than a motion to compel, this document appears to merely be a discovery demand upon the defendants, which need not be filed with the court. It is further

ORDERED that the plaintiff's request within that Petition (Docket No. 102) for a court order to his case managers to place a telephone call to the court for the October 31, 2005, settlement conference is denied. Plaintiff's case manager was sent a copy of the court's Courtroom Minutes/Minute Order of the Scheduling Conference held on August 1, 2005, in which the October 31, 2005, Settlement Conference was set, and in which it is indicated that the plaintiff may participate in that conference by telephone by contacting the court at the telephone number provided.

Date: September 30, 2005