IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 04-CV-02442-MSK-MJW**

JEFFREY DAVID GONYEA,

Plaintiff,

v.

JOHN DOE #1, Deputy Sheriff Jefferson County (Employee), et. al

Defendants.

MINUTE ORDER

     It is hereby ORDERED that the plaintiff's "Petition for Amendment, also Production of Documents, also Response," which was filed on October 6, 2005 (Docket No. 106), is stricken.  In that document, it appears that the plaintiff has improperly included a motion to amend his complaint into his response to the defendant's motion to dismiss, plus he has included discovery demands, namely interrogatories and/or a request for production of documents.  Pursuant to D.C.COLO.LCivR7.1(C), "[a] motion shall not be included in a response or reply to the original motion.  A motion shall be made in a separate paper."  Furthermore, as explained in a previous Minute Order (Docket No. 105), a mere discovery demand, i.e., request for production of documents, need not be filed with the court.  Finally, with regard to plaintiff's request to amend the complaint, plaintiff has not submitted a proposed amended complaint.

Date: October 7, 2005