IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 04-CV-02442-MSK-MJW**

JEFFREY DAVID GONYEA,

Plaintiff,

v.

JOHN DOE #1, Deputy Sheriff Jefferson County (Employee), et. al

Defendants.

MINUTE ORDER

    It is hereby ORDERED that the Jefferson County Defendants' Motion for Protective Order (docket no. 108) is GRANTED. The Pro Se Incarcerated Plaintiff has failed to file any timely response to this motion and this court deems the motion confessed. Moreover, the Pro Se Incarcerated Plaintiff's Complaint contains no allegations that Steve Forsyth, Jr. or Greg Miller participated in the alleged constitutional violations and therefore their personnel files are irrelevant.

Date: November 2, 2005