IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02442-PAC-MJW

JEFFREY DAVID GONYEA,

    Plaintiff,

v.

TED MINK, Jefferson County Sheriff, ROY FLEER, Jefferson County Undersheriff, DAVID WALCHER, Jefferson County Chief, Detentions Division, and PATSY MUNDELL, Jefferson County Chief, Support Services,

    Defendants.

ORDER ON PLAINTIFF'S PETITION TO STAY PROCEEDINGS

**Patricia A. Coan, United States Magistrate Judge**

I exercise jurisdiction in this action under 28 U.S.C. §636(c), based on the consent of the parties. On March 23, 2006, I dismissed Plaintiff's *pro se* §1983 civil rights case. The Memorandum Opinion and Order dismissing the case was mailed to plaintiff at his last known address on March 23, and was returned as undeliverable on April 10, 2006. Mr. Gonyea filed a "Petition to Stay Proceedings Due to Transfer" on March 29, 2006 [doc. # 183]. On April 3, plaintiff submitted a notice of change of address (temporary), and the clerk mailed a copy of the Memorandum Opinion to plaintiff's new address on April 11, 2006.

I treat the "Petition to Stay" as a motion under 28 U.S.C. § 2107(c), for extension of time to file an appeal, and determine that Mr. Gonyea did not receive a copy of the March 23 order dismissing his case when the clerk first mailed it to him, but that the

subsequent mailing of the order by the clerk on April 11, 2006 to plaintiff's new (temporary) address at the Park County Detention Facility should be effective. Accordingly, **I grant the plaintiff's motion for extension of time to file appeal. Plaintiff is granted a thirty day extension of time, until May 13, 2006, in which to file his appeal.**

Dated this 13th day of April, 2006.

BY THE COURT:

s/   Patricia A. Coan
PATRICIA A. COAN
United States Magistrate Judge