IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02442-PAC-MJW

JEFFREY DAVID GONYEA,

    Plaintiff,

v.

TED MINK, Jefferson County Sheriff, ROY FLEER, Jefferson County Undersheriff, DAVID WALCHER, Jefferson County Chief, Detentions Division, PATSY MUNDELL, Jefferson County Chief, Support Services, VINCE BARRERA, West Metro Detective, and KIRK MCINTOSH, West Metro Detective,

    Defendants.

---

ORDER DENYING PLAINTIFF'S MOTION TO STAY

**Patricia A. Coan, United States Magistrate Judge**

Pending before the court is plaintiff's Motion to Stay Order Dismissing Plaintiff's Claim, filed April 25, 2006 [doc. # 192]. Mr. Gonyea filed his prisoner civil rights case *pro se*, which I dismissed on March 23, 2006. On March 29, Mr. Gonyea filed a petition to stay further proceedings, which I treated as a motion for extension of time and granted on April 13, 2006. Plaintiff was allowed until May 13, 2006 to file his appeal. Mr. Gonyea then filed his notice of appeal on April 20, 2006.

It is not clear what type of relief Mr. Gonyea seeks in this latest motion to stay, but it appears that he wants additional time to submit more documents for this court to review. As stated above, I dismissed this action on March 23, 2006, and plaintiff has filed his notice of appeal. This court no longer has jurisdiction and plaintiff has not stated any

1

appropriate grounds for relief.  Accordingly, it is hereby

**ORDERED** that plaintiff's Motion to Stay Order Dismissing Plaintiff's Claim, filed April 25, 2006 [doc. # 192] is **denied**.

Dated this 3rd day of May, 2006.

BY THE COURT:

s/   Patricia A. Coan
PATRICIA A. COAN
United States Magistrate Judge