IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02442-PAC-MJW

JEFFREY DAVID GONYEA,

       Plaintiff,

v.

TED MINK, Jefferson County Sheriff,
RAY FLEER, Jefferson County Undersheriff,
DAVID WALCHER, Jefferson County Chief, Detentions Division, and
PATSY MUNDELL, Jefferson County Chief, Support Services,

       Defendants.

---

ORDER DENYING MOTION FOR RECONSIDERATION

---

Patricia A. Coan, United States Magistrate Judge

My last order in this matter was entered on May 10, 2006, in which I denied plaintiff's motion for leave to proceed on appeal *in forma pauperis*. Since that time, Mr. Gonyea has filed three documents - a certified account statement [doc. # 198, filed May 22, 2006]; a document entitled "tangible evidence" [doc. #199, filed May 25, 2006]; and a motion for reconsideration of the May 10, 2006 order [doc. #200, filed May 24, 2006].

I dismissed this action on March 23, 2006. On April 13, 2006, I granted the plaintiff a motion for extension of time until May 13, 2006 to file an appeal. On April 20, 2006, plaintiff filed a *pro se* notice of appeal, without payment of the filing fee or a motion to proceed *in forma pauperis*. On April 21, 2006, the court ordered plaintiff to cure the deficiencies on appeal by submitting either the filing fee on appeal or a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. §

1915 and FED. R. APP. P. 24 by May 21, 2006.  On May 5, 2006, plaintiff submitted a

Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. §

1915 and Fed. R. App. P. 24.  The motion was denied on May 10, 2006 for Mr.

Gonyea's failure to submit a certified copy of his trust fund statement for the six-month

period immediately preceding this filing.  To date, Mr. Gonyea has not filed any

statement for the six-month period immediately preceding his motion to proceed *in*

*forma pauperis*.  The certified account statement plaintiff filed May 22, 2006, is for the

period commencing July 19, 2004 and ending June 9, 2005.  There are no appropriate

grounds on which to grant plaintiff's motion for reconsideration, filed May 24, 2006

[doc. # 200] and the motion is therefore **denied**.

Accordingly, it is

**ORDERED** that the plaintiff's Motion for Reconsideration, filed May 24, 2006

[doc. # 200] is **denied.**


Dated this 1st day of June, 2006.

BY THE COURT:

 s/   Patricia A. Coan
PATRICIA A. COAN
United States Magistrate Judge